PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| LaTerrica Woods ) | Case No. 06MJ235 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, LaTerrica Woods, have discussed with Angela K. Yates, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner
2) Submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance
3) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the Pretrial Services Office

I consent to this modification of my release conditions and agree to abide by this modification.

_____   5-19-06   _____   5-19-06
Signature of Defendant      Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   6/28/06
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on 7-5-06

[ ] The above modification of conditions of release is <u>not</u> ordered.

s/ James H. Allen   7-5-06
_____
Signature of Judicial Officer   Date